[No. 32953-1-II.   Division Two.   February 22, 2006.]

CLOVER PARK SCHOOL DISTRICT NO. 400, *Appellant,* v. THE WASHINGTON STATE BOARD OF EDUCATION ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-07167-0, Sergio Armijo, J., entered March 4, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 33214-1-II.   Division Two.   February 22, 2006.]

CHARLYNN L. SMITH, *Appellant,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-00925-9, Wm. Thomas McPhee, J., entered May 4, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ.

[No. 33493-3-II.   Division Two.   February 22, 2006.]

CAMILLE A. O'BRIEN, *Appellant,* v. THE CITY OF BREMERTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-00433-1, Leonard W. Costello, J., entered July 1, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 23175-5-III.   Division Three.   February 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY OTTO SAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01417-7, Ellen K. Clark and Tari S. Eitzen, JJ., entered April 15, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.